```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
                                         MISDEMEANOR INFORMATION
          - v. -                    :
                                         20 Mag. 10981 (KHP)
CHONG WOO KIM,                      :
                                              21cr796
               Defendant.           :
- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

In or about October 2020, in the Southern District of New York and elsewhere, CHONG WOO KIM, the defendant, intentionally and knowingly did possess a controlled substance, to wit, CHONG WOO KIM possessed mixtures and substances containing a detectable amount of marijuana, and did aid and abet the same.

(Title 21, United States Code, Section 844(a); Title 18, United States Code, Section 2.)

_____
DAMIAN WILLIAMS
United States Attorney

```
═══════════════════════════════════════

       UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
═══════════════════════════════════════

         UNITED STATES OF AMERICA

                 - v. -

              CHONG WOO KIM,

                Defendant.
═══════════════════════════════════════

         MISDEMEANOR INFORMATION

           20 Mag. 10981 (KHP)

      (21 U.S.C. § 844(a); 18 U.S.C. § 2.)



              Damian Williams
           United States Attorney
═══════════════════════════════════════
```