1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/21/2022___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

                              **21 CR 796 (KHP)**

                        **-against-**                    <u>**ORDER OF DISMISSAL**</u>

**CHONG WOO KIM,**

                                   **Defendant.**
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**:

Following his entry of a plea of guilty to the one-count Misdemeanor Information

charging possession of marijuana in violation of Title 21, United States Code, Section 844(a),

President Biden issued a Proclamation pardoning all citizens and lawful permanent residents of

who have been convicted of the offense of simple possession of marijuana in violation of 21

U.S.C. § 844(a).

Insofar as Mr. Kim is a lawful permanent resident who pleaded guilty to simple

possession of marijuana, he meets the criteria for the President's pardon.  Pursuant to 18 U.S.C.

§ 3607, the Court deferred entry of a judgment of conviction pending Mr. Kim's anticipated

successful completion of one year of probation.  The Court is authorized to terminate this

supervision at any time if Mr. Kim has not violated his probation without entering a judgment

of conviction.  18 U.S.C. § 3607.  Mr. Kim has to date fully complied with the terms of his

probation and paid the fine imposed by the Court.  In light of the fact that he qualifies for the

pardon and has fully complied with the terms of his release, the Court hereby:

DISMISSES all proceedings against Mr. Kim and discharges him from probation.

**SO ORDERED**.

DATED:          November 21, 2022
                   New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge